# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>$178,000.00 IN U.S. CURRENCY<br><br>Defendant(s). | CASE NO.<br>2:21−cv−01427−DSF−PD<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before August 23, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: July 22, 2021

      /s/ *Dale S. Fischer*
      Dale S. Fischer
      United States District Judge