JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> $178,000.00 IN U.S. CURRENCY, Defendant. | No. 21-01427 DSF (PD) <br><br> JUDGMENT |

The Court having granted the motion for default judgment against all potential claimants related to $178,00.00 in U.S. Currency (the Currency),

IT IS ORDERED AND ADJUDGED that all right, title, and interest of potential claimants Xiaomin Sun, JiaJia Wang, and all other potential claimants in and to the Currency are forfeited to the United States of America (the Government) and that the Government shall dispose of the Currency in the manner required by law, and that the Government recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: September 30, 2021

Dale S. Fischer
United States District Judge